ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **ROGER ALLEN PATTEE** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 406-028 |
| | ) | |
| **GEORGIA PORTS AUTHORITY** | ) | |

### ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. **See Kokkonen v. Guardian Life Ins. Co. of America**, 511 U. S. 375, 114 S. Ct. 1673 (1994).

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**SO ORDERED** this ___21st___ day of ___May___, 2007

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ROGER & KIMBERLY PATTEE | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 406-028 |
| | ) | |
| GEORGIA PORTS AUTHORITY, | ) | |
| et al | ) | |

### NOTICE OF APPEARANCE - - - JURY SELECTION AND TRIAL

**PLEASE TAKE NOTICE** that this case has been scheduled for Jury selection and Trial on Monday, May 21, 2007 at the United States Courthouse, 125 Bull Street, Courtroom No. 1, Savannah, Georgia commencing promptly at 8:45 a. m., the Honorable B. Avant Edenfield, presiding. This will be the only case set for this date. Trial will commence immediately following the selection of the Jury.

The requests to charge and individual voir dire questions shall be filed on April 30, 2007, as well as any motions in limine. The Court expects that all stipulations shall be filed no later than April 9, 2007.

BY ORDER OF THE COURT
MARCH 23, 2007.

                                            Scott L. Poff, Clerk
                                            United States District Court
                                            Southern District of Georgia

                            by: *[signature: Robert W. Williams]*

                                            Robert W. Williams
                                            Senior Case Manager
                                            (912) 650-4032

cc:    A. Lee Parks, Esq.
        Andrew Coffman, Esq.
        G. Todd Carter, Esq.
        Bradley J. Watkins, Esq.
        All Court Staff